IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC | § | |
| | § | |
| V. | § | C.A. No. 4:26-cv-03760 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

**Plaintiff's Certificate of Interested Parties**

Plaintiff hereby files this Certificate of Interested Parties as required under this Court's Local Rule.

1. **Plaintiff:**

   Donna Polnac

2. **Plaintiff's Counsel:**

   Amar Raval
   Raval Trial Law
   1133 Merrill St.
   Houston, Texas 77009
   (713) 324-8118
   amar@ravaltriallaw.com

3. **Defendant:**

   The Lincoln National Life Insurance Company
   Corporation Service Company
   211 East 7th Street, Suite 620
   Austin, Texas 78701-3218

If new parties are added or if additional persons or entities financially interested in the outcome of this litigation are identified during the pendency of the litigation, Plaintiff will file an amended certificate.

Respectfully submitted,

By: *Amar Raval*

Amar Raval, TBA #24046682
S.D. No. 619209
RAVAL TRIAL LAW
1133 Merrill St.
Houston, TX 77009
(713) 324-8118
amar@ravaltriallaw.com

ATTORNEYS FOR PLAINTIFF