## CAUSE NO. 4:26-cv-03760

| | | |
|---|---|---|
| **DONNA POLNAC** | § | **IN THE UNITED STATES DISTRICT COURT** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **FOR THE SOUTHERN DISTRICT OF TEXAS** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | § | |
| Defendant. | § | **HOUSTON DIVISION** |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 14, 2026, 11:50 am**,

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT,**

and was executed at **211 EAST 7TH STREET SUITE 620, AUSTIN, TX 78701** within the county of **TRAVIS** at **12:39 PM** on **Fri, May 15 2026**, by delivering a true copy to the within named

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY NEISHA GROSS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Brien McKinzie**, I am at least 18 years old, and my address is **205 TIMBERLINE ROAD, TEMPLE, TX 76502**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TX**, on **May 17, 2026**.

Brien McKinzie

**Brien McKinzie**
**Certification Number: PSC-24930**
**Certification Expiration: 08/31/2026**