United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC, Plaintiff, | § | CIVIL ACTION NO. |
| | § | 4:26−cv−03760 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| Defendant. | § | |

# ORDER

This case is REFERRED to United States Magistrate Judge Richard W. Bennett pursuant to 28 USC § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

The parties are ORDERED to advise within twenty days of the entry of this Order whether they will consent to the jurisdiction of the Magistrate Judge for all purposes in this case pursuant to 28 USC § 636(c).

For convenience, please find the form for *Consent to Proceed Before a Magistrate Judge* attached.

Signed on June 8, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC,<br>Plaintiff, | §<br>§ | CIVIL ACTION NO.<br>4:26−cv−03760 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | §<br>§ | |

NOTICE OF THE RIGHT TO PROCEED IN A CIVIL CASE
BEFORE A MAGISTRATE JUDGE

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including a jury trial and entry of a final judgment.

The choice to proceed before a Magistrate Judge is entirely yours. Tell only the Clerk. Neither the District Judge nor the Magistrate Judge will be told unless and until all the parties agree.

The District Judge to whom your case is assigned must approve the referral to a Magistrate Judge.

You must use the consent form attached to these procedures. Complete the form but do not otherwise modify it. The form is also available from the Office of the Clerk of Court.

Nathan Ochsner, Clerk
United States District Clerk
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC, Plaintiff, | § | CIVIL ACTION NO. |
| | § | 4:26−cv−03760 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| Defendant. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c), all parties to this action waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Counsel for all parties execute this form as follows:

__________________________ for __________________________

__________________________ for __________________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC, Plaintiff, | § | CIVIL ACTION NO. |
| | § | 4:26−cv−03760 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| Defendant. | § | |

ORDER TO REASSIGN

It is ORDERED that the Clerk of Court shall reassign this action to United States Magistrate Judge Richard W. Bennett to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Signed on ________________, at Houston, Texas.

_________________________
Hon. Charles Eskridge
United States District Judge